# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIE E. TOWNSEND,

JUDGMENT IN A CIVIL CASE

v.

No. C10-5391BHS

C. MUNDEN, et al.,

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation is **ADOPTED**;

(2) Townsend's motion for partial summary judgment (Dkt. 19) and motion to amend (Dkt. 20) are **DENIED**; and

(3) Defendants' motion to dismiss (Dkt. 13) is **GRANTED** and the claims alleged in Townsend's complaint are **DISMISSED with prejudice** for failure to state a claim.

| February 14, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk